No. 44773.—Protest 993404-G of Ernst Bremermann & Co. (New York).

Opinion by EVANS, J.   On the record presented the protest was overruled.

No. 44774.—Protests 8708-K, etc., of John Alban & Co., Inc., et al. (New York).

Opinion by EVANS, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, NOVEMBER 20, 1940

No. 44775.—Protest 484636-G of D. S. Stern Co. (New York).

Opinion by BROWN, J.   It was stipulated that the merchandise is wool felt hoods similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314).   The protest was therefore sustained.

No. 44776.—Protests 546700-G, etc., of Monza Mills, Inc. (New York).

Opinion by BROWN, J.   It was stipulated that the merchandise is bodies, hoods, forms, or shapes similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314).   The protests were therefore sustained.

No. 44777.—Protest 921049-G (B) of Vernon & Co. (New York).

Opinion by BROWN, J.   It was stipulated that the merchandise is wool hoods and other articles similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314).   The protest was therefore sustained.

No. 44778.—Protest 950674-G of Tucker & Goodhart (New York).

Opinion by BROWN, J.   It was stipulated that the merchandise is wool hoods and other articles similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314).   The protest was therefore sustained.

BEFORE THE FIRST DIVISION, NOVEMBER 25, 1940

No. 44779.—Protest 21963-K of M. T. Stevens & Sons Co. (Boston).

Opinion by BROWN, J.   There was nothing in the record presented to warrant disturbing the collector's action.   The protest was therefore overruled.